In re:
Diana A Black
       Debtor

Case No. 19-16280-mdc
Chapter 13

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
```
db          +Diana A Black,   1216 East Washington Lanue,   Philadelphia, PA 19138-1046
14400614    +AMEX/BANKRUPTCY,   PO BOX 8218,   MASON, OH 45040-8218
14400613    +AMEX/BANKRUPTCY,   CORRESPONDENCE/BANKRUPTCY,   PO BOX 981540,   EL PASO, TX 79998-1540
14400620    +CITIZENS BANK,   480 JEFFERSON BLVD,   WARWICK, RI 02886-1359
14400619    +CITIZENS BANK,   ATTENTION: ROP-15B,   1 CITIZENS DRIVE,   RIVERSIDE, RI 02915-3035
14400625    +DEPTARTMENT STORE NATIONAL BANK/MACY'S,   ATTN: BANKRUPTCY,   9111 DUKE BOULEVARD,
             MASON, OH 45040-8999
14400627    +DEPTARTMENT STORE NATIONAL BANK/MACY'S,   PO BOX 8218,   MASON, OH 45040-8218
14400634     FREEDOM CU,   ARSENAL BUS CENTER,   PHILADELPHIA, PA 19137
14400645    +PNC BANK,   PO BOX 3180,   PITTSBURGH, PA 15230-3180
14400644    +PNC BANK,   ATN: BANKRUPTCY DEPARTMENT,   PO BOX 94982: MS: BR-YB58-01-5,
             CLEVELAND, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: bestcasestephen@gmail.com Oct 12 2019 03:04:46   STEPHEN MATTHEW DUNNE,
             Dunne Law Offices, P.C.,   1515 Market Street,   Suite 1200,   Philadelphia, PA 19102,
             U.S.A.
tr          +E-mail/Text: bncnotice@ph13trustee.com Oct 12 2019 03:07:26   WILLIAM C. MILLER, Esq.,
             Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg          E-mail/Text: megan.harper@phila.gov Oct 12 2019 03:07:01   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2019 03:06:04
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2019 03:06:35   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03@ph.ecf@usdoj.gov Oct 12 2019 03:06:17   United States Trustee,
             Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14400615    +EDI: CITICORP.COM Oct 12 2019 06:53:00   CITIBANK,   ATTN: RECOVERY/CENTRALIZED BANKRUPTCY,
             PO BOX 790034,   ST LOUIS, MO 63179-0034
14400616    +EDI: CITICORP.COM Oct 12 2019 06:53:00   CITIBANK,   PO BOX 6217,
             SIOUX FALLS, SD 57117-6217
14400618    +EDI: CITICORP.COM Oct 12 2019 06:53:00   CITIBANK/THE HOME DEPOT,   PO BOX 6497,
             SIOUX FALLS, SD 57117-6497
14400617    +EDI: CITICORP.COM Oct 12 2019 06:53:00   CITIBANK/THE HOME DEPOT,
             ATTN: RECOVERY/CENTRALIZED BANKRUPTCY,   PO BOX 790034,   ST LOUIS, MO 63179-0034
14400621    +EDI: WFNNB.COM Oct 12 2019 06:53:00   COMENITY BANK/ROAMANS,   ATTN: BANKRUPTCY,
             PO BOX 182125,   COLUMBUS, OH 43218-2125
14400622    +EDI: WFNNB.COM Oct 12 2019 06:53:00   COMENITY BANK/ROAMANS,   PO BOX 182789,
             COLUMBUS, OH 43218-2789
14400623    +EDI: WFNNB.COM Oct 12 2019 06:53:00   COMENITYBANK/TRWRDSV,   ATTN: BANKRUPTCY DEPT,
             PO BOX 182125,   COLUMBUS, OH 43218-2125
14400624    +EDI: WFNNB.COM Oct 12 2019 06:53:00   COMENITYBANK/TRWRDSV,   PO BOX 182789,
             COLUMBUS, OH 43218-2789
14400630    +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Oct 12 2019 03:05:30   FREEDOM CU,   ATTN: BANKRUPTCY,
             626 JACKSONVILLE ROAD, SUITE 250,   WARMINSTER, PA 18974-4862
14400629    +E-mail/Text: bankruptcy@midwestloanservices.com Oct 12 2019 03:05:35   Freedom Credit Union,
             c/o Midwest Loan Services,   PO BOX 188,   Houghton, MI 49931-0188
14400638    +E-mail/Text: bankruptcy@midwestloanservices.com Oct 12 2019 03:05:35   MIDWEST LOAN SERVICES,
             P.O. BOX 188,   HOUGHTON, MI 49931-0188
14400640    +EDI: AGFINANCE.COM Oct 12 2019 06:53:00   ONEMAIN FINANCIAL,   ATTN: BANKRUPTCY,
             PO BOX 3251,   EVANSVILLE, IN 47731-3251
14400642    +EDI: AGFINANCE.COM Oct 12 2019 06:53:00   ONEMAIN FINANCIAL,   PO BOX 1010,
             EVANSVILLE, IN 47706-1010
14400646    +EDI: RMSC.COM Oct 12 2019 06:53:00   SYNCB/LORD & TAYLOR,   ATTN: BANKRUPTCY,   PO BOX 965060,
             ORLANDO, FL 32896-5060
14400647    +EDI: RMSC.COM Oct 12 2019 06:53:00   SYNCB/LORD & TAYLOR,   PO BOX 965015,
             ORLANDO, FL 32896-5015
14400648    +EDI: RMSC.COM Oct 12 2019 06:53:00   SYNCHRONY BANK/ JC PENNEYS,   ATTN: BANKRUPTCY,
             PO BOX 956060,   ORLANDO, FL 32896-0001
14400649    +EDI: RMSC.COM Oct 12 2019 06:53:00   SYNCHRONY BANK/ JC PENNEYS,   PO BOX 965007,
             ORLANDO, FL 32896-5007
14400650    +EDI: RMSC.COM Oct 12 2019 06:53:00   SYNCHRONY BANK/TJX,   ATTN: BANKRUPTCY DEPT,
             PO BOX 965060,   ORLANDO, FL 32896-5060
14400651    +EDI: RMSC.COM Oct 12 2019 06:53:00   SYNCHRONY BANK/TJX,   PO BOX 965015,
             ORLANDO, FL 32896-5015
14400652    +EDI: WTRRNBANK.COM Oct 12 2019 06:53:00   TARGET,   ATTN: BANKRUPTCY,   PO BOX 9475,
             MINNEAPOLIS, MN 55440-9475
14400653    +EDI: WTRRNBANK.COM Oct 12 2019 06:53:00   TARGET,   PO BOX 673,   MINNEAPOLIS, MN 55440-0673
14400655    +EDI: TDBANKNORTH.COM Oct 12 2019 06:53:00   TD BANK,   32 CHESTNUT ST,   LEWISTON, ME 04240
14400654     EDI: TDBANKNORTH.COM Oct 12 2019 06:53:00   TD BANK,   ATTN: BANKRUPTCY,   PO BOX 1190,
             LEWISTON, ME 04246
```

TOTAL: 29

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14400628*    +DEPTARTMENT STORE NATIONAL BANK/MACY'S,    PO BOX 8218,    MASON, OH 45040-8218
14400626*    +DEPTARTMENT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    9111 DUKE BOULEVARD,
              MASON, OH 45040-8999
14400631*    +FREEDOM CU,    ATTN: BANKRUPTCY,    626 JACKSONVILLE ROAD, SUITE 250,    WARMINSTER, PA 18974-4862
14400632*    +FREEDOM CU,    ATTN: BANKRUPTCY,    626 JACKSONVILLE ROAD, SUITE 250,    WARMINSTER, PA 18974-4862
14400633*    +FREEDOM CU,    ATTN: BANKRUPTCY,    626 JACKSONVILLE ROAD, SUITE 250,    WARMINSTER, PA 18974-4862
14400635*     FREEDOM CU,    ARSENAL BUS CENTER,    PHILADELPHIA, PA 19137
14400636*     FREEDOM CU,    ARSENAL BUS CENTER,    PHILADELPHIA, PA 19137
14400637*     FREEDOM CU,    ARSENAL BUS CENTER,    PHILADELPHIA, PA 19137
14400639*    +MIDWEST LOAN SERVICES,    P.O. BOX 188,    HOUGHTON, MI 49931-0188
14400641*    +ONEMAIN FINANCIAL,    ATTN: BANKRUPTCY,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
14400643*    +ONEMAIN FINANCIAL,    PO BOX 1010,    EVANSVILLE, IN 47706-1010
                                                                         TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Diana A Black bestcasestephen@gmail.com,
              dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                         TOTAL: 3

| Debtor 1 | **Diana A Black** | | | Social Security number or ITIN | **xxx–xx–2767** |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | | |
| Case number: | **19–16280–mdc** | | | Date case filed for chapter | **13  10/4/19** |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
| --- | --- | --- | --- |
| 1. | **Debtor's full name** | Diana A Black | |
| 2. | **All other names used in the last 8 years** | dba Simply Global LLC, ta Simply Global | |
| 3. | **Address** | 1216 East Washington Lanue Philadelphia, PA 19138 | |
| 4. | **Debtor's attorney** Name and address | STEPHEN MATTHEW DUNNE Dunne Law Offices, P.C. 1515 Market Street Suite 1200 Philadelphia, PA 19102 U.S.A. | Contact phone 215–551–7109 Email:  bestcasestephen@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 10/11/19 |

**For more information, see page 2**

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 4, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/2/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/13/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/1/20** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | |
|---|---|
| | The debtor has filed a plan. This plan proposes payment to the trustee of $628.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/19/19 at 9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** |

| 10. Creditors with a foreign address | |
|---|---|
| | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 11. Filing a chapter 13 bankruptcy case | |
|---|---|
| | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |

| 12. Exempt property | |
|---|---|
| | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |

| 13. Discharge of debts | |
|---|---|
| | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |