United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16280-mdc

Diana A Black     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Jan 12, 2024     Form ID: 138OBJ     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana A Black, 1216 East Washington Lanue, Philadelphia, PA 19138-1046 |
| 14400635 | | FREEDOM CU, ARSENAL BUS CENTER, PHILADELPHIA, PA 19137 |
| 14473780 | #+ | Freedom Credit Union, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14400614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:21:47 | AMEX/BANKRUPTCY, PO BOX 8218, MASON, OH 45040-8218 |
| 14400613 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:21:48 | AMEX/BANKRUPTCY, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14400616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:21:57 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14400615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:21:56 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14400617 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:22:03 | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14400618 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:21:56 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14400620 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2024 00:13:00 | CITIZENS BANK, 480 JEFFERSON BLVD, WARWICK, RI 02886 |
| 14400619 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2024 00:13:00 | CITIZENS BANK, ATTENTION: ROP-15B, 1 CITIZENS DRIVE, RIVERSIDE, RI 02940 |
| 14486311 | | Email/Text: megan.harper@phila.gov | Jan 13 2024 00:14:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14482656 | | Email/Text: megan.harper@phila.gov | Jan 13 2024 00:14:00 | Water Revenue Bureau, c/o City of Philadelphia |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14400621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2024 00:13:00 | COMENITY BANK/ROAMANS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14400622 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2024 00:13:00 | COMENITY BANK/ROAMANS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14400624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2024 00:13:00 | COMENITYBANK/TRWRDSV, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14400623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2024 00:13:00 | COMENITYBANK/TRWRDSV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14400625 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:21:56 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14400627 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2024 00:22:03 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14437824 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2024 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14400630 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 13 2024 00:13:00 | FREEDOM CU, ATTN: BANKRUPTCY, 626 JACKSONVILLE ROAD, SUITE 250, WARMINSTER, PA 18974-4862 |
| 14400629 | + | Email/Text: bankruptcy@midwestloanservices.com | Jan 13 2024 00:13:00 | Freedom Credit Union, c/o Midwest Loan Services, PO BOX 188, Houghton, MI 49931-0188 |
| 14400634 | + | Email/Text: bankruptcy@midwestloanservices.com | Jan 13 2024 00:13:00 | Freedom Credit Union, c/o Midwest Loan Services, 616 Shelden Avenue, Suite 300, P.O. Box 144, Houghton, MI 49931-0144 |
| 14436787 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2024 00:21:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14400638 | + | Email/Text: bankruptcy@midwestloanservices.com | Jan 13 2024 00:13:00 | MIDWEST LOAN SERVICES, P.O. BOX 188, HOUGHTON, MI 49931-0188 |
| 14400640 | + | Email/PDF: cbp@omf.com | Jan 13 2024 00:22:03 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14400642 | + | Email/PDF: cbp@omf.com | Jan 13 2024 00:22:04 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 14400644 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2024 00:13:00 | PNC BANK, ATN: BANKRUPTCY DEPARTMENT, PO BOX 94982: MS: BR-YB58-01-5, CLEVELAND, OH 44101 |
| 14400645 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2024 00:13:00 | PNC BANK, PO BOX 3180, PITTSBURGH, PA 15230 |
| 14435629 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2024 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14400646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2024 00:21:47 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14400647 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2024 00:22:02 | SYNCB/LORD & TAYLOR, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 14400648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2024 00:21:46 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 14400649 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| 14400651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2024 00:21:55 | SYNCHRONY BANK/ JC PENNEYS, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 14400650 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2024 00:21:46 | SYNCHRONY BANK/TJX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| | | | Jan 13 2024 00:21:57 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14400653 | + | Email/Text: bncmail@w-legal.com | Jan 13 2024 00:13:00 | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14400652 | + | Email/Text: bncmail@w-legal.com | Jan 13 2024 00:13:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 14400655 | | Email/Text: bankruptcy@td.com | Jan 13 2024 00:14:00 | TD BANK, 32 CHESTNUT ST, LEWISTON, ME 04240 |
| 14400654 | | Email/Text: bankruptcy@td.com | Jan 13 2024 00:14:00 | TD BANK, ATTN: BANKRUPTCY, PO BOX 1190, LEWISTON, ME 04246 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14483243 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14400626 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14400628 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14400631 | *+ | FREEDOM CU, ATTN: BANKRUPTCY, 626 JACKSONVILLE ROAD, SUITE 250, WARMINSTER, PA 18974-4862 |
| 14400632 | *+ | FREEDOM CU, ATTN: BANKRUPTCY, 626 JACKSONVILLE ROAD, SUITE 250, WARMINSTER, PA 18974-4862 |
| 14400633 | *+ | FREEDOM CU, ATTN: BANKRUPTCY, 626 JACKSONVILLE ROAD, SUITE 250, WARMINSTER, PA 18974-4862 |
| 14400636 | * | FREEDOM CU, ARSENAL BUS CENTER, PHILADELPHIA, PA 19137 |
| 14400637 | * | FREEDOM CU, ARSENAL BUS CENTER, PHILADELPHIA, PA 19137 |
| 14400639 | *+ | MIDWEST LOAN SERVICES, P.O. BOX 188, HOUGHTON, MI 49931-0188 |
| 14400641 | *+ | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14400643 | *+ | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Freedom Credit Union logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Freedom Credit Union KRLITTLE@FIRSTAM.COM |
| MICHAEL JOHN CLARK | on behalf of Creditor Freedom Credit Union mclark@squirelaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Diana A Black bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Diana A Black

      Debtor(s)

Case No: 19−16280−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/24